# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS SOLIS-VELASCO,<br><br>Defendant | Case No.: 18cr4126BTM<br><br>**AMENDED JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITH PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against LUIS SOLIS-VELASCO in this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 23, 2018

Hon. Anthony J. Battaglia
United States District Judge
For Hon. Barry Ted Moskowitz
United States District Judge